JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mother's Nutritional Center, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Mommy's Nutritional Center, et al., <br><br> Defendant(s). | CASE NO.SACV 07-01100-JVS(MLGx) <br> ORDER OF DISMISSAL UPON <br> SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 30 days</u>, to reopen the action if settlement is not consummated.

DATED: August 27, 2008

_____
James V. Selna
United States District Judge